## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**JANICE CASEY**                                                    **PLAINTIFF**

**v.**                                 **No. 4:24-cv-1079-DPM**

**RELIANCE STANDARD LIFE
INSURANCE COMPNAY and CONWAY
REGIONAL HEALTH SYSTEM
WELFARE PLAN**                                              **DEFENDANTS**

## JUDGMENT

Casey's complaint is dismissed with prejudice.  The Court retains jurisdiction until 23 June 2025 to enforce the parties' settlement.

_____

D.P. Marshall Jr.
United States District Judge

22 April 2025